### ASHLEY *v.* HUTCHINSON *et al.*

SIMMONS, C. J.    There was no error in any of the rulings of which complaint was made, and the evidence was sufficient to authorize the verdict.

*Judgment affirmed.  All the Justices concur.*

Submitted December 16, 1904.—Decided January 30, 1905.

Complaint.    Before Judge Mitchell.    Berrien superior court June 30, 1904.

*R. A. Hendricks,* for plaintiff.
*Alexander & Gary,* for defendants.